

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

PRICE DANIEL
Gerald C. Mann
ATTORNEY GENERAL

June 9, 1939

Hon. Henry L. Roberson
County Attorney
Winkler County
Kermit, Texas

Opinion No. O-541
Re: May the County Commissioners of
Winkler County receive $25.00 per
month for expense and car depre-
ciation under Article 2350m?

Dear Sir:

Your letter addressed to Attorney General, Gerald C.
Mann, has been referred to the writer for consideration and reply.
You request an opinion as to whether or not the Commissioners'
Court has the authority to allow the County Commissioners of
Winkler County an amount of $25.00 each per month for an expense
account and depreciation on their personal cars under Article 2350m.

The last Federal census of 1930 gives Winkler County a
population of 6,784. The 1938 assessed valuation of Winkler County
property was $26,247,223.00. Winkler County does not come within
any of the provisions of the Special and Local Law, Article 2350m,
R.C.S. of Texas, as to population and assessed valuation entitling
County Commissioners of the counties named therein to additional
compensation.

Therefore, it is our opinion, and you are so advised,
that the Commissioners of Winkler County cannot receive $25.00 per
month as an expense account and for depreciation on personal cars.

We enclose a copy of letter opinion No. O-752 of May 16,
1939, for your consideration.

Believing this to answer your inquiry, we are

Yours very truly

APPROVED:
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS

By /s/ Pat Coon

APPROVED: OPINION COMMITTEE
BY:        COB, Chairman

Pat Coon, Assistant

PC:omb:wb
Encl.